UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMAAL JOHNATHAN BOMBER,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

C23-0305 TSZ
(related to CR13-187 TSZ)

ORDER

Petitioner, through appointed counsel, has filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. After a preliminary review of the § 2255 Motion, the Court does hereby ORDER that:

(1) Within thirty-five (35) days of the date of this Order, the United States shall file and serve an Answer in accordance with Rule 5 of the Rules Governing Section 2255 Cases in United States District Courts. As part of such Answer, the United States should state its position as to whether an evidentiary hearing is necessary, whether any issue exists as to abuse or delay under Rule 9, and whether petitioner's motion is barred by the statute of limitations.

(2) On the face of the Answer, the United States shall note the Answer for consideration on the fourth Friday after it is filed, and the Clerk shall note the Answer

ORDER - 1

1  (and renote the § 2255 Motion) accordingly.  Petitioner may file and serve a response not
2  later than on the Monday immediately preceding the Friday designated for consideration
3  of the matter (the "noting date").  The United States may file and serve a reply brief not
4  later than on the Thursday immediately preceding the noting date.  If no Answer is timely
5  filed, the Court will deem the § 2255 Motion ready for consideration on April 14, 2023.

6          (3)     The Clerk is DIRECTED to arrange for service upon the United States
7  Attorney, by first-class mail, of a copy of the § 2255 Motion and any attachments thereto,
8  as well as a copy of this Order.  The Clerk is further DIRECTED to NOTE the
9  § 2255 Motion, docket no. 1, for April 14, 2023, and to send a copy of this Order to
10 counsel for petitioner.

11          IT IS SO ORDERED.

12          Dated this 6th day of March, 2023.

                                            /s/ Thomas S. Zilly
                                            Thomas S. Zilly
                                            United States District Judge

ORDER - 2