UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMAAL JOHNATHAN BOMBER,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

C23-0305 TSZ
[related to CR13-187]

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Counsel are DIRECTED to meet and confer and to file, on or before Thursday, May 11, 2023, a Joint Status Report concerning (i) the terms of the judgment entered in King County Superior Court Cause No. 13-1-11550-2 SEA (in which petitioner Jamaal Johnathan Bomber pleaded guilty to sex trafficking and other offenses), (ii) whether the sentence imposed in the state court matter runs concurrently with or consecutively to the sentence in Case No. CR13-187 TSZ, and (iii) how much additional time, if any, Mr. Bomber must serve on the state court matter after his release from the custody of the United States Bureau of Prisons, which is currently scheduled for February 13, 2024. Counsel shall attach a copy of the state court judgment to the Joint Status Report.

(2) Petitioner's motion pursuant to 28 U.S.C. § 2255, docket no. 5, and the response thereto are RENOTED to May 12, 2023.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of May, 2022.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 1